ACCEPTED
01-15-00877-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 4:25:39 PM
CHRISTOPHER PRINE
CLERK

**NO. 01-15-00877-CV**

_____

**IN THE COURT OF APPEALS**
**FOR THE FIRST DISTRICT OF TEXAS**
**HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/22/2015 4:25:39 PM
CHRISTOPHER A. PRINE
Clerk

_____

**IN RE CVR ENERGY, INC., CVR PARTNERS, LP, CVR REFINING, LP,**
**GARY-WILLIAMS ENERGY COMPANY, LLC**
**RELATORS**

_____

Original Proceeding
From the 434th Judicial District Court of Fort Bend County, Texas
Cause No. 2013-DCV-209679
The Honorable James H. Shoemake, Presiding

_____

**MOTION FOR ADMISSION PRO HAC VICE**

_____

Phillip D. Sharp
State Bar No. 18118680
MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile
_sharp@mdjwlaw.com_

Lee M. Smithyman
Kansas State Bar No. 09391
SMITHYMAN & ZAKOURA, CHARTERED
750 Commerce Plaza II Building
7400 West 110th Street
Overland Park, Kansas  66210-2362
(913) 661-9800 – Telephone
(913) 661-9861 – Facsimile
_lee@smizak-law.com_
_Application for pro hac admission_
_pending_

1

**TO THE HONORABLE COURT OF APPEALS:**

Pursuant to Texas Government Code Section 82.0361 and in compliance with Rule XIX of the Texas Board of Law Examiners, the relators, CVR Energy, Inc., CVR Partners, LP, and Gary-Williams Energy Company, LLC respectfully move for the admission *pro hac vice* of attorney Lee M. Smithyman of the Bar of the State of Kansas. In support of this Motion, attorney Lee M. Smithyman submits herewith the acknowledgment letter required by Rule XIX of the Texas Board of Law Examiners and further states as follows:

1. Mr. Smithyman's contact information is:

   Lee M. Smithyman
   SMITHYMAN & ZAKOURA, CHARTERED
   750 Commerce Plaza II
   7400 West 110th Street
   Overland Park, Kansas 66210-2362
   Telephone: (913) 661-9800
   Facsimile: (913) 661-9863
   Email: *lee@smizak-law.com*

2. Mr. Smithyman will be associated in this proceeding with:
   Phillip D. Sharp
   Texas State Bar No.18118680
   MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.
   808 Travis Street, Suite 2000
   Houston, Texas 77002
   Telephone: (713) 632-1700
   Facsimile: (713) 222-0101
   Email: *sharp@mdjwlaw.com*

3.    Within the last two (2) years, Mr. Smithyman has appeared or sought leave to appear or participated in the following cases or causes in Texas courts:

a.    *In re CVR Energy, Inc. and CVR Refining, LP, Relators*, No. 01-15-00715-CV, In the First District Court of Appeals, Houston, Texas

b.    *Donald R. Collier, et al. v. CVR Energy, Inc. and CVR Refining, LP*, Cause No. 15-DCV-220330, In the District Court of Fort Bend County, Richmond, TX, 268th Judicial District

c.    *Leanna Mann and Kari Smith vs. CVR Energy, et al.*, Cause No. 13-DCV-209679, In the District Court of Fort Bend County, Richmond, TX, 434th Judicial District

d.    *Unicorn HRO, LLC vs. Pro Pay, LLC*, Cause No. 2012-22616, In the District Court of Harris County, Houston, TX, 61st Judicial District

4.    Mr. Smithyman is licensed or admitted to practice law in, and is an active member in good standing with the following state and federal jurisdictions:

| Court: | Admission date: |
| --- | --- |
| Kansas | April 25, 1977 |
| Missouri | May 6, 1991 |
| Oklahoma | June 7, 2010 |
| U.S. District Court – District of Kansas | April 26, 1977 |
| U.S. Court of Appeals- Tenth Circuit | May 13, 1983 |
| U. S. District Court – Western District of Missouri | May 13, 1994 |
| United States Supreme Court | January 6, 1997 |

5.    Mr. Smithyman has never been the subject of disciplinary actions by the Bar of the courts of any jurisdiction in which he is licensed. Mr. Smithyman

3

has not been denied admission to the courts of any state or to any federal court during the past five (5) years.

6. Mr. Smithyman attests that he is familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas. Mr. Smithyman attests that he will at all times abide by and comply with these rules as long as the Texas proceeding is pending and he has not withdrawn as counsel in the proceeding.

7. Pursuant to Texas Rules Governing Admission to the Bar of Texas, Rule XIX(a), Mr. Smithyman has filed an application for admission *pro hac vice* and has paid the filing fee. The Texas Board of Law Examiners' letter acknowledging the application is attached hereto as Exhibit A.

Mr. Smithyman has been retained by Relators to appear as additional counsel in this proceeding before this Court. For the above reasons, Relators respectfully request that this Motion be granted. This motion is supported by the attached "Acknowledgment Letter" from the Texas Board of Law Examiners showing Mr. Smithyman's application for *pro hac vice* admission to the Texas Board of Law Examiners and proof of payment of the required fee (Exhibit A) and the "Motion to Associate Counsel" from the Texas attorney with whom Mr. Smithyman shall be associated in this proceeding with this Court (Exhibit B).

Respectfully submitted,

SMITHYMAN & ZAKOURA, CHARTERED


By: \_\_\_/s/ Lee M. Smithyman_____
  Lee M. Smithyman
  KS Supreme Court No. 09391
750 Commerce Plaza II
7400 West 110th Street
Overland Park, KS  66210-2362
Telephone: (913) 661-9800
Facsimile: (913) 661-9863
Email:  lee@smizak-law.com


MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.


By: /s/ Phillip D. Sharp_____
  Phillip D. Sharp
  Texas State Bar No. 18118680
808 Travis, 20th Floor
Houston, TX 77002
Telephone: (713) 632-1700
Telefacsimile: (713) 222-0101
Email:  *sharp@mdjwlaw.com*

**ATTORNEYS FOR CVR ENERGY, INC.,
CVR PARTNERS, LP, CVR REFINING, LP
and GARY-WILLIAMS ENERGY
COMPANY, LLC**

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated Motion for Admission Pro Hac Vice contains 631 words.

/s/ Philip D. Sharp
Philip D. Sharp
Dated:  October 22, 2015

## CERTIFICATE OF CONFERENCE

This is to certify that my office has conferred David Medina, lead appellate counsel for the real parties in interest regarding the relief requested in this motion. Justice Medina advised that the real parties are unopposed to the relief requested.

/s/ Philip D. Sharp
Philip D. Sharp
Dated:  October 22, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this October 22, 2015, a true and correct copy of the Motion for Admission Pro Hac Vice was sent by the method indicated to the following individuals:

Gary M. Riebschlager       *via Email gary@riebschlagerlaw.com*
THE RIEBSCHLAGER LAW FIRM
801 Congress, Suite 250
Houston, TX 77002

Richard L. Tate       *via Email: rltate@tate-law.com*
Kristin Reis       *via Email: kreis@tate-law.com*
TATE, MOERER & KING, LLP
206 South Second Street
Richmond, TX 77469

Timothy A. Hootman       *via Email: thootman2000@yahoo.com*
2402 Pease St
Houston, TX 77003
713.247.9548; 713.583.9523 (f)

David M. Medina       *via email: davidmedina@justicedavidmedina.com*
THE MEDINA LAW FIRM
5300 Memorial Dr., Ste. 890
Houston, TX 77007

*/s/ Philip D. Sharp*
Philip D. Sharp

A

## Acknowledgment Letter
## Non-Resident Attorney Fee

October 21, 2015

To: Lee M. Smithyman

Via: lee@smizak-law.com

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney:** **Lee M. Smithyman**

**Case:** **01-15-00877-CV**

**Texas court or body:** **First Court of Appeals Houston TX**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule XIX(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule XIX(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule XIX of the Rules Governing Admission to the Bar of Texas and §82.0361 of the Texas Government Code, which can be found on the Board's website.

Sincerely,

Susan Henricks
Executive Director

B

NO. 01-15-00877-CV

_____

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS
HOUSTON, TEXAS

_____

IN RE CVR ENERGY, INC., CVR PARTNERS, LP, CVR REFINING, LP,
GARY-WILLIAMS ENERGY COMPANY, LLC
RELATORS

_____

Original Proceeding
From the 434th Judicial District Court of Fort Bend County, Texas
Cause No. 2013-DCV-209679
The Honorable James H. Shoemake, Presiding

_____

MOTION TO ASSOCIATE COUNSEL

_____

Phillip D. Sharp
State Bar No. 18118680
MARTIN, DISIERE, JEFFERSON & WISDOM, LLP
808 Travis, 20th Floor
Houston, Texas 77002
(713) 632-1700 – Telephone
(713) 222-0101 – Facsimile
*sharp@mdjwlaw.com*

Lee M. Smithyman
Kansas State Bar No. 09391
SMITHYMAN & ZAKOURA, CHARTERED
750 Commerce Plaza II Building
7400 West 110th Street
Overland Park, Kansas  66210-2362
(913) 661-9800 – Telephone
(913) 661-9861 – Facsimile
*lee@smizak-law.com*
*Application for pro hac admission pending*

1

**TO THE HONORABLE COURT OF APPEALS:**

Come now the relators, CVR Energy, Inc., CVR Refining, L.P., and Gary-Williams (collectively, "CVR"), who hereby file this motion to associate counsel and move this Court for an Order permitting Lee M. Smithyman, a non-resident attorney for the State of Texas to practice in the above styled and numbered cause pursuant to Rule XIX, "Requirements for Participation in Texas Proceedings by a Non-Resident Attorney of the Texas Board of Law Examiners. As indicated in the style of the motion and in the certificate of conference below, this motion is unopposed.

I, Philip D. Sharp, CVR's Texas counsel in this proceeding find Mr. Smithyman, a non-resident attorney for the State of Texas to be a reputable attorney and recommend that he be granted permission to participate in the above-referenced proceeding before this honorable Court.

MARTIN, DISIERE, JEFFERSON &
WISDOM, L.L.P.

By: */s/ Philip D. Sharp*
    Phillip D. Sharp
    Texas State Bar No. 18118680
808 Travis, 20th Floor
Houston, TX 77002
Telephone: (713) 632-1700
Facsimile: (713) 222-0101
*Email: sharp@mdjwlaw.com*

**COUNSEL FOR RELATORS**

## CERTIFICATE OF COMPLIANCE

This is to certify that this computer-generated Motion to Associate Counsel contains 139 words.

/s/ Philip D. Sharp
Philip D. Sharp
Dated: October 22, 2015

## CERTIFICATE OF CONFERENCE

This is to certify that my office has conferred David Medina, lead appellate counsel for the real parties in interest regarding the relief requested in this motion. Justice Medina advised that the real parties are unopposed to the relief requested.

/s/ Philip D. Sharp
Philip D. Sharp
Dated: October 22, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this October 22, 2015, a true and correct copy of the Motion To Associate Counsel was sent by the method indicated to the following individuals:

Gary M. Riebschlager  *Via Email gary@riebschlagerlaw.com*
THE RIEBSCHLAGER LAW FIRM
801 Congress, Suite 250
Houston, TX  77002

Richard L. Tate  *Via Email:  rltate@tate-law.com*
Kristin Reis  *Via Email: kreis@tate-law.com*
TATE, MOERER & KING, LLP
206 South Second Street
Richmond, TX  77469

Timothy A. Hootman  *via Email: thootman2000@yahoo.com*
2402 Pease St
Houston, TX 77003
713.247.9548; 713.583.9523 (f)

David M. Medina  *via email: davidmedina@justicedavidmedina.com*
THE MEDINA LAW FIRM
5300 Memorial Dr., Ste. 890
Houston, TX 77007

*/s/ Philip D. Sharp*
Philip D. Sharp